UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAROLD CHARLIAGA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　　Respondent. | NO. C12-5086 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Richard Creatura, United States Magistrate Judge, and Plaintiff's Objection, ADOPTS the Report and Recommendation. The Court ORDERS the petition challenging the 1993 decision of the Indeterminate Sentence Review Board be DISMISSED and Plaintiff's application to proceed *informa pauperis* be DENIED.

Dated this 4th day of June, 2012.

　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　U.S. District Judge